# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD HORTEL,<br><br>    Petitioner,<br><br>v.<br><br>SCOTT KERNAN, Secretary of CDCR,<br><br>    Respondent. | Case No. CV 16-2206 GW (MRW)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court engaged in a <u>de novo</u> review of those portions of the Report to which Petitioner objected. The Court accepts the findings and recommendation of the Magistrate Judge.

DATE: November 8, 2018

                                                        HON. GEORGE H. WU
                                                        UNITED STATES DISTRICT JUDGE