# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD HORTEL,<br><br>        Petitioner,<br><br>        v.<br><br>SCOTT KERNAN, Secretary of CDCR,<br><br>        Respondent. | Case No. CV 16-2206 GW (MRW)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: November 8, 2018

_____
HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE